## BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY, COLORADO, ET AL. v. CITY AND COUNTY OF DENVER, COLORADO, ET AL.

No. 635.  Decided February 18, 1963.

*Charles Ginsberg* for appellants.

*Robert S. Wham, Richard P. Matsch, Charles S. Rhyne, Brice W. Rhyne* and *Alfred J. Tighe, Jr.* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE WHITE took no part in the consideration or decision of this case.

## RUDNICKI v. COX ET AL.

No. 706.  Decided February 18, 1963.

PER CURIAM.

The appeal is dismissed.